TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

See 835 F3d 283.

Submitted February 14, 2017; decided February 16, 2017

See 835 F3d 283.

Motion by Legal Action Center et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three cop-

ies of the brief must be served and an original and nine copies filed within seven days.